**No. 63594.**—Britton & Company v. United States, protests 322827–K, 322828–K, and 322829–K (San Diego).

Opinion by DONLON, J.   It was stipulated that the merchandise is a mixed feed, consisting of a mixture of 80 percent cottonseed flake cake, 10 percent ground milo maize, and 10 percent cottonseed hulls.   On the record presented and following *Pioneer Transfer Co.* v. *United States* (30 Cust. Ct. 101, C.D. 1504), the claim of the plaintiff was sustained.